[No. 31289-1-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BAO SHENG ZHAO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04925-9, Bryan E. Chushcoff, J., entered January 9, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31342-1-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. RING, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00189-9, James B. Sawyer II, J., entered January 15, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 31380-4-II. Division Two. March 8, 2005.]

PIERCE COUNTY, *Respondent*, v. WASHINGTON SHELLFISH, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-08561-5, Vicki L. Hogan and James R. Orlando, JJ., entered February 3, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 31424-0-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PRESLEY WHITMIRE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01602-8, James E. Warme, J., entered February 11, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.